AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Mississippi

| | | |
|---|---|---|
| ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER; KEITH CLARK; SAMUEL COPELAND; B.T. ERVE; PERCY EVANS; GEORGE FLAKES; | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:14-cv-00213-SA-JMV |
| HILL BROTHERS CONSTRUCTION COMPANY, INC.; HBC BOARD OF DIRECTORS, KENNETH W. HILL, GERALD C. HILL, JIMMY HILL, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> John F. Hill, Jr.
> 1045 Snowden Farm Road
> Collierville, Tennessee 38017-8988

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David Crews*
*CLERK OF COURT*

Date: 2/18/15

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | |
|---|---|
| ROBERT K. HILL; DONALD BYTHER;<br>SANDY BYTHER; KEITH CLARK;<br>SAMUEL COPELAND; B.T. ERVE;<br>PERCY EVANS; GEORGE FLAKES;<br><br>*Plaintiff(s)*<br><br>v.<br><br>HILL BROTHERS CONSTRUCTION<br>COMPANY, INC.; HBC BOARD OF<br>DIRECTORS, KENNETH W. HILL,<br>GERALD C. HILL, JIMMY HILL,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  3:14-cv-00213-SA-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Danny McAlister
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | | |
|---|---|---|
| ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER; KEITH CLARK; SAMUEL COPELAND; B.T. ERVE; PERCY EVANS; GEORGE FLAKES; | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:14-cv-00213-SA-JMV |
| HILL BROTHERS CONSTRUCTION COMPANY, INC.; HBC BOARD OF DIRECTORS, KENNETH W. HILL, GERALD C. HILL, JIMMY HILL, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Donald Bates
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Mississippi

| | | |
|---|---|---|
| ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER; KEITH CLARK; SAMUEL COPELAND; B.T. ERVE; PERCY EVANS; GEORGE FLAKES; | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:14-cv-00213-SA-JMV |
| HILL BROTHERS CONSTRUCTION COMPANY, INC.; HBC BOARD OF DIRECTORS, KENNETH W. HILL, GERALD C. HILL, JIMMY HILL, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Keith Clark
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | | |
|---|---|---|
| ROBERT K. HILL; DONALD BYTHER;<br>SANDY BYTHER; KEITH CLARK;<br>SAMUEL COPELAND; B.T. ERVE;<br>PERCY EVANS; GEORGE FLAKES; | ) <br> ) <br> ) <br> ) <br> ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:14-cv-00213-SA-JMV |
| | ) | |
| HILL BROTHERS CONSTRUCTION<br>COMPANY, INC.; HBC BOARD OF<br>DIRECTORS, KENNETH W. HILL,<br>GERALD C. HILL, JIMMY HILL, | ) <br> ) <br> ) <br> ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jane Childs
20831 Highway 15 North
Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Y. Harris
Rutledge, Davis and Harris, PLLC
P.O. Box 29
New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| ROBERT K. HILL; DONALD BYTHER;<br>SANDY BYTHER; KEITH CLARK;<br>SAMUEL COPELAND; B.T. ERVE;<br>PERCY EVANS; GEORGE FLAKES;<br>*Plaintiff(s)*<br><br>v.<br><br>HILL BROTHERS CONSTRUCTION<br>COMPANY, INC.; HBC BOARD OF<br>DIRECTORS, KENNETH W. HILL,<br>GERALD C. HILL, JIMMY HILL,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 3:14-cv-00213-SA-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Beth Lockhart
        20831 Highway 15 North
        Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Matthew Y. Harris
        Rutledge, Davis and Harris, PLLC
        P.O. Box 29
        New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | |
|---|---|
| ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER; KEITH CLARK; SAMUEL COPELAND; B.T. ERVE; PERCY EVANS; GEORGE FLAKES; <br><br> *Plaintiff(s)* <br><br> v. <br><br> HILL BROTHERS CONSTRUCTION COMPANY, INC.; HBC BOARD OF DIRECTORS, KENNETH W. HILL, GERALD C. HILL, JIMMY HILL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:14-cv-00213-SA-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mark Robertson
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | |
|---|---|
| ROBERT K. HILL; DONALD BYTHER;<br>SANDY BYTHER; KEITH CLARK;<br>SAMUEL COPELAND; B.T. ERVE;<br>PERCY EVANS; GEORGE FLAKES; | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   3:14-cv-00213-SA-JMV |
| | ) |
| HILL BROTHERS CONSTRUCTION<br>COMPANY, INC.; HBC BOARD OF<br>DIRECTORS, KENNETH W. HILL,<br>GERALD C. HILL, JIMMY HILL, | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Doug Horton
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | | |
|---|---|---|
| ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER; KEITH CLARK; SAMUEL COPELAND; B.T. ERVE; PERCY EVANS; GEORGE FLAKES; <br><br>*Plaintiff(s)*<br><br>v.<br><br>HILL BROTHERS CONSTRUCTION COMPANY, INC.; HBC BOARD OF DIRECTORS, KENNETH W. HILL, GERALD C. HILL, JIMMY HILL,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:14-cv-00213-SA-JMV |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> David Horton
> 20831 Highway 15 North
> Falkner, MS 38629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Y. Harris
> Rutledge, Davis and Harris, PLLC
> P.O. Box 29
> New Albany, MS 38652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*