IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

---

ROBERT K. HILL; DONALD BYTHER; SANDY BYTHER;
KEITH CLARK; SAMUEL COPELAND; B. T. ERVE;
PERCY EVANS; GEORGE FLAKES; SCOTT GOOLSBY;
SHEILA KELLY; PAUL LEONARD; FRED SMITH;
DWAYNE TOLLIVER; ULYSSES WILEY; AND
WARFLOYD WINTERS Individually and on behalf of
Themselves, and on behalf of a Class of Persons
Similarly Situated                                                               PLAINTIFFS

CASE NO. 3:2014-CV-00213-SA-JMV

HILL BROTHERS CONSTRUCTION COMPANY, INC.;
HBC BOARD OF DIRECTORS, KENNETH W. HILL,
KENNETH W. HILL, JR., GERALD C. HILL, JIMMY HILL,
JOHN F. HILL, JR., STERLING AKER, DANNY McCALLISTER,
CLYDE R. ROBERTSON, DONALD BATES, KEITH CLARK,
JANE H. CHILDS, BETH LOCKHART, MARK ROBERTSON,
DOUG HORTON, DAVID HORTON; THE HILL BROTHERS
CONSTRUCTION COMPANY, INC. EMPLOYEE STOCK
OWNERSHIP AND 401(K) PLAN AND TRUST PLAN
ADMINISTRATIVE COMMITTEE, AND THE PEOPLES BANK          DEFENDANTS

---

**JOINT STIPULATION OF DISMISSAL**

COME NOW all parties, by and through their respective attorneys of record, and hereby agree and stipulate pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure that all claims pending against The Peoples Bank of Ripley, Mississippi in the above styled and numbered action are hereby dismissed without prejudice, with each of the parties to bear their own costs.

STIPULATED AND AGREED, this the 4th day of May, 2015.

AGREED TO BY:

*Attorney for Plaintiffs:*
Matthew Y. Harris
Rutledge, Davis and Harris, PLLC
Post Office Box 29
New Albany, Mississippi 38652
Telephone: 662-534-6421
Facsimile: 662-534-0053
E-mail: mharris@rdhlaw.net
**/s/ *Matthew Y. Harris (w/permission)***

*Attorney for Plaintiffs:*
Edgar C. Gentle, III
Gentle, Turner, Sexton,
Debrosse & Harbison
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: 205-716-3000
Facsimile: 205-716-3010
E-mail: escrowagen@aol.com
**/s/ *Edgar C. Gentle, III (w/permission)***

*Attorney for Plaintiffs:*
Diandra Debrosse-Zimmermann
Gentle, Turner, Sexton,
Debrosse & Harbison
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: 205-716-3000
Facsimile: 205-716-3010
E-mail: ddebrosse@gtandslaw.com
**/s/ *Diandra Debrosse-Zimmermann (w/permission)***

*Attorney for Plaintiffs:*
Sterling L. DeRamus
2229 1st Avenue, North
Birmingham, Alabama 35203
Telephone: 205-504-0189
E-mail: sderamus@deramuslaw.com
**/s/ *Sterling L. DeRamus (w/permission)***

***Attorney for Defendant Plan Trustees:***
Kenneth H. Coghlan
Rayburn Coghlan Law Firm, PLLC
P.O. Box 1360
Oxford, MS 38655
Telephone: (662) 234-7575
E-mail: kcoghlan@rayburnlaw.com
***/s/ Kenneth H. Coghlan (w/permission)***


***Attorney for Plaintiff Keith Clark:***
Laurance Nicholas Chandler Rogers
Rogers Law Group, P.A.
P.O. Box 1771
New Albany, MS 38652
Telephone: 662-538-5990
chandler@rogerslawgroup.com
***/s/ Laurance Nicholas Chandler Rogers (w/permission)***


***Attorneys for Defendant Clyde R. Robertson:***
Guy W. Mitchell, III
Mitchell, McNutt & Sams
105 South Front Street
Post Office Box 7120
Tupelo, Mississippi 38802-7120
Telephone: 662-842-3871
Facsimile: 662-842-8450
E-mail: gmitchell@mitchellmcnutt.com
***/s/ Guy W. Mitchell, III (w/permission)***

John S. Hill
Mitchell, McNutt & Sams
Post Office Box 7120
Tupelo, ms 38802-7120
Telephone: 662-842-3871
Facsimile: 662-842-8450
E-mail: jhill@mitchellmcnutt.com
***/s/ John S. Hill (w/permission)***

***Attorneys for Defendant Gerald C. Hill***
***and Defendant John F. Hill, Jr.:***
H. Scot Spragins
Hickman, Goza & Spragins, PLLC
Post Office Box 668
Oxford, Mississippi 38655-0668
Telephone: 662-234-1592
Facsimile: 662-234-4000
E-mail: Sspragins@hickmanlaw.com
***/s/ H. Scot Spragins (w/permission)***

Lawrence John Tucker, Jr.
Hickman, Goza & Spragins, PLLC
Post Office Box 668
Oxford, Mississippi 38655-0668
Telephone: 662-234-1592
Facsimile: 662-234-4000
E-mail: lawrencetucker@hickmanlaw.com
***/s/ Lawrence John Tucker, Jr. (w/permission)***


***Attorney for Defendant Kenneth W. Hill:***
Ralph E. Chapman
Chapman, Lewis & Swan
Post Office Box 428
Clarksdale, Mississippi 38614-0428
Telephone: 662-627-4105
Facsimile: 662-627-4171
E-mail: ralph@chapman-lewis-swan.com
***/s/ Ralph E. Chapman (w/permission)***

William B. Raiford, III
Chapman, Lewis & Swan
Post Office Box 428
Clarksdale, Mississippi 38614-0428
Telephone: 662-627-4105
Facsimile: 662-627-4171
Email: will@chapman-lewis-swan.com
***/s/ William B. Raiford, III (w/permission)***

***Attorney for Defendant Kenneth W. Hill, Jr.:***
John Booth Farese
Farese, Farese & Farese, P.A.
Attorneys at Law
Post Office Box 98
122 Church Street
Ashland, Mississippi 38603
Telephone: 662-224-6211
Facsimile: 662-224-3229
Email: jbooth@fareselaw.com
***/s/ John Booth Farese (w/permission)***


***Attorneys for Defendant The Peoples Bank of Ripley, Mississippi:***
W. Price Elliott
Permenter & Elliott, P.A.
105 East Spring Street
Ripley, Mississippi 38663
Telephone: 662-837-8175
Facsimile: 662-837-3155
E-mail: eepb@dixie-net.com
***/s/ W. Price Elliott (w/permission)***