IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT K. HILL, et al().                                                                         PLAINTIFFS

V.                                                                   CAUSE NO.: 3:14CV213-SA-SAA

HILL BROTHERS CONSTRUCTION
COMPANY, INC., et al.                                                                        DEFENDANTS

ORDER DISMISSING PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs filed a Notice to Voluntarily Dismiss Defendant Keith Clark. That notice was filed prior to his filing an answer or motion for summary judgment, therefore, the Motion to Dismiss [29] is GRANTED. Defendant Keith Clark is DISMISSED without prejudice.

SO ORDERED, this the 11th day of September, 2015.

                                                                 /s/ Sharion Aycock
                                                                 **U.S. DISTRICT JUDGE**