IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT K. HILL; DONALD BYTHER;
SANDY BYTHER; KEITH CLARK;
SAMUEL COPELAND; B.T. ERVE;
PERCY EVANS; GEORGE FLAKES;
SCOTT GOOLSBY; SHEILA KELLY;
PAUL LEONARD; FRED SMITH;
DEWAYNE TOLLIER; ULYSSES WILEY;
and WARFLOYD WINTERS Individually and
on Behalf of Themselves, and on behalf of a
Class of Persons Similarly Situated                                    PLAINTIFFS

v.                                      CIVIL ACTION NO. 3:14CV213-SA-SAA

HILL BROTHERS CONSTRUCTION COMPANY, INC.;
HBC BOARD OF DIRECTORS, KENNETH W. HILL,
KENNETH W. HILL, JR., GERALD C. HILL, JIMMY
HILL, JOHN F. HILL, JR., STERLING AKER, DANNY
McALISTER, CLYDE R. ROBERTSON, DONALD
BATES, KEITH CLARK, JANE H. CHILDS, BETH
LOCKHART, MARK ROBERTSON, DOUG HORTON,
DAVID HORTON; THE HILL BROTHERS CONSTRUCTION
COMPANY, INC. EMPLOYEE STOCK OWNERSHIP AND
401(K) PLAN AND TRUST PLAN ADMINISTRATIVE
COMMITTEE, AND THE PEOPLES BANK                                        DEFENDANTS

## ORDER LIFTING PRELIMINARY INJUNCTION

The parties have advised the Court that they have agreed to lift this Court's September 11, 2015 Preliminary Injunction Order [Docket 129], prohibiting The Peoples Bank from disbursing any of the ESOP and 401(k) Plan and Trust (the "Plan") assets.

Accordingly, it is ORDERED THAT, by consent of the Parties, the above and foregoing Preliminary Injunction respecting The Peoples Bank is hereby lifted and rescinded.

SO ORDERED, this 9th day of March, 2017.

/s/ Sharion Aycock
CHIEF UNITED STATES DISTRICT JUDGE OF
THE NORTHERN DISTRICT OF MISSISSIPPI