IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI

| | |
|---|---|
| **HILL, et al.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No: 3:14-cv---213-SA-RP** |
| | ) |
| **HILL BROTHERS CONSTRUCTION** | ) |
| **COMPANY, INC., et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## MOTION FOR AWARD
## OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE
## PAYMENTS FOR CLASS REPRESENTATIVES

**COME NOW** Plaintiffs Robert K. Hill, Donald Byther, Sandy Byther, Keith Clark, Samuel Copeland, B.T. Erve, Percy Evans, George Flakes, Scott Goolsby, Sheila Kelly, Paul Leonard, Fred Smith, Dewayne Toliver, Ulysses Wiley, and Warlfoyd Winters (hereinafter "Class Representatives" or "Plaintiffs") and Class Counsel, Matthew Y. Harris (hereinafter "Harris"), Diandra Debrosse Zimmermann (hereinafter "Debrosse), Edgar C. Gentle, III (hereinafter "Gentle"), L.N. Chandler Rogers (hereinafter "Rogers") and Sterling DeRamus (hereinafter "DeRamus"), (collectively referred to herein as "Class Counsel"), having been appointed Class Counsel for preliminary approval purposes [Dkt. 269], and hereby respectfully move this Court to enter an Order awarding attorney's fees, expenses and incentive payments to class representatives:

    1.    The Plaintiffs and Class Counsel move this Honorable Court to enter an Order awarding attorney's fees from the proposed settlement amount in the amount of Two Hundred Eighty Three Thousand Three Hundred and Thirty Three Dollars and Thirty Three Cents ($283,333.33);

2. The Plaintiffs and Class Counsel move this Honorable Court to enter an Order awarding expenses to Class Counsel to be reimbursed from the proposed settlement amount in the amount of $42,828.37;

3. The Plaintiffs and Class Counsel move this Honorable Court to enter an Order awarding incentive awards to each Class representative in the amount of Two Thousand and Five Hundred Dollars ($2,500.00);

4. As discussed more fully in a supporting memorandum brief, the requested fees and expenses are well within the range of fees awarded in common fund class action cases such as this.

5. In support of this Motion for Attorney's Fees, Expenses and Incentive Payments to Class Representatives, Plaintiffs would rely on their Memorandum Brief, which is being filed contemporaneously, and the following Exhibits which are attached hereto and incorporated into said Motion by reference:

| | |
|---|---|
| Exhibit 1: | Memorandum of Settlement Agreement; |
| Exhibit 2: | Class Action Settlement Agreement; |
| Exhibit 3: | Declaration of Diandra Debrosse-Zimmerman; |
| Exhibit 4: | Declaration of Edgar C. Gentle, III; |
| Exhibit 5: | Declaration of Matthew Y. Harris; |
| Exhibit 6: | Declaration of L.N. Chandler Rogers; |
| Exhibit 7: | Declaration of Sterling R. Deramus; |

**WHEREFORE,** Plaintiffs and Class Counsel respectfully request that this Honorable Court enter an Order awarding:

1. Attorney's fees from the proposed settlement amount in the amount of Two

    Hundred Eighty Three Thousand Three Hundred and Thirty Three Dollars and Thirty Three Cents ($283,333.33);

2. Expenses to Class Counsel to be reimbursed from the proposed settlement amount in the amount of $42,828.37;

3. Incentive awards to each Class representative in the amount of Two Thousand and Five Hundred Dollars ($2,500.00); and

4. All further relief which this Honorable Court deems proper.

**RESPECTFULLY SUBMITTED**, this the 11th day of July, 2017.

/s/ Matthew Y. Harris
MS STATE BAR NO. 99595

/s/ L.N. Chandler Rogers
MS State Bar No. 102543

/s/ Diandra S. Debrosse Zimmermann
AL State Bar No. ASB-2956-N76D *Admitted Pro Hac Vice*

/s/Edgar C. Gentle, III
AL State Bar No. ASB-0349-E68E
*Admitted Pro Hac Vice*

Sterling L. Deramus
AL State Bar No. ASB-6781-R60S
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**OF COUNSEL:**

**THE LAW OFFICES OF MATTHEW Y. HARRIS, PLLC**
218 South Denton Road, Suite A
New Albany, Mississippi 38652
(662) 539-7381 (voice)
(662) 539-7012 (facsimile)
mharris@myharrislaw.com

**ROGERS LAW GROUP, P.A.**
201 East Bankhead St.
New Albany, Mississippi 38652
(662) 538-5990 - telephone
(662) 538-5997 - facsimile
chandler@rogerslawgroup.com

**ZARZAUR MUJUMDAR & DEBROSSE – Trial Lawyers**
2332 2nd Avenue North
Birmingham, Alabama 35203
(205) 983-7985 (voice)
(888) 505-0523 (facsimile)
fuli@zarzaur.com

**GENTLE, TURNER, SEXTON, AND HARBISON**
Suite 100-501 Riverchase Parkway East
Hoover, Alabama 35244
(205) 716-3000 (voice)
(205) 716-3010 (facsimile)
escrowagen@aol.com

**STERLING L. DeRAMUS**
2229 1st Ave. North
Birmingham, Alabama 35203
(205) 504-0189 (voice)
(205) 449-7392
sderamus@deramuslaw.com

**CERITIFICATE OF SERVICE**

  I hereby certify that on July 11, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all counsel of record:

Diandra S. Debrosse Zimmerman, Esq.
fuli@zarzaur.com

Matthew Y. Harris, Esq.
mharris@myharrislaw.com

Edgar C. Gentle, III, Esq.
escrowagen@aol.com

Sterling L. Deramus, Esq.
sderamus@deramuslaw.com

John S. Hill, Esq.
jhill@mitchellmcnutt.com

Stuart S. Davis, Esq.
sdavis@rayburnlaw.com

Lawrence J. Tucker, Jr., Esq.
lawrencetucker@hickmanlaw.com

William B. Raiford, III, Esq.
will@chapman-lewis-swan.com

Scot Spragins, Esq.
SSpragins@hickmanlaw.com

John Booth Farese, Esq.
jbooth@fareselaw.com

Ralph Chapman, Esq.
ralph@chapman-lewis-swan.com

Guy Mitchell, Esq.
gmitchell@mitchellmcnutt.com

Kenneth H. Coghlan, Esq.
kcoghlan@rayburnlaw.com

  **SO CERTIFIED**, this the 11th day of July, 2017.

                /s/ L.N. Chandler Rogers