## MEMORANDUM OF SETTLEMENT AGREEMENT

CASE CAPTION: _Robert K. Hill et al v. Hill Brothers Construction Company, Inc., et al._

COURT: _U.S. D.C. N. MS_   CASE NUMBER: _3:14-cv-00213-SA-JMV_   DIVISION: _____

THE ABOVE REFERENCED MATTER WAS MEDIATED ON THE _8th_ DAY OF _August_, 20_16_, AND A SETTLEMENT WAS REACHED. THE TERMS ARE AS FOLLOWS:

_SEE ATTACHED TERMS OF AGREEMENT_

The parties hereto acknowledge that each has the authority to execute this document to be fully binding on behalf of the person or entity indicated. The parties further acknowledge and agree that by executing this agreement they are binding themselves to the agreement. They further acknowledge and agree that, within a reasonable period of time hereafter they will enter into a formal settlement agreement, setting forth in more detail the terms of the agreement including the amount of any and all payments and an agreement to release, discharge, and forever hold the other harmless from any and all rights, claims, and causes of action arising from or related to the events and transactions which are subject matter of this case.

Done and signed at _Oxford_, Mississippi, this _8th_ day of _August_, 20_16_.

_[signature]_ for Kenny Hill
_[signature]_ for Clyde Robertson
_[signature]_ for Kenneth Hill
_[signature]_ for TI
_[signature]_ for Plaintiffs
_[signature]_ for Plaintiffs

**IF AGREEMENT IS EXECUTED,
MEDIATOR PLEASE PLACE COPY IN MAPS FILE.**

ATTACHMENT
TO MEMORANDUM OF
SETTLEMENT AGREEMENT

Δ pay to π $850,000 into stlmt. escrow account.
and 100% of mediation fee.

Class certified for stlmt purposes.

πs to incur all costs of notice, administration
of stlmt and any other costs associated w/
stlmt.

DOL to be notified of stlmt/fairness hearing
~~and agree they will not pursue any~~
~~administrative proceedings/remedies.~~

No more than 5% of putative class can
opt out.

πs release all claims, known and unknown, against
all defendants, current/former trustees, dis i o's,
etc.

Other than above, parties responsible for their
own fees and costs.

Δs do nothing to interfere w/ distribution of
$ in People's Bank account.

Δs WILL ATTEMPT TO FACILITATE SECURING LIST OF
PLAN PARTICIPANTS.

[signatures]