IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT K. HILL, et al.  PLAINTIFFS

V.  CIVIL ACTION NO.: 3:14-CV-213-SA-RP

HILL BROTHERS CONSTRUCTION
COMPANY, INC., et al.  DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Plaintiffs' Motion for Attorneys' Fees, Expenses and Incentive Payments to Class Representatives [271] is GRANTED.

The Court awards Settlement Class Counsel the sum of $283,333.33 as an award of attorneys' fees to be paid from the Settlement Amount within thirty-five (35) days of final judgment, and finds this amount of fees is fair and reasonable. The Defendants are ordered to deduct this award of attorneys' fees from the Settlement Amount and pay said sum to the law firm of Zarzaur Mujumdar & Debrosse – Trial Lawyers.

The Court awards Settlement Class Counsel the sum of $42,828.37 as reimbursement of expenses to be paid from the Settlement Amount within thirty-five (35) days of final judgment. The Defendants are ordered to deduct this award of reimbursable expenses from the Settlement Amount and pay said sum to the law firm of Zarzaur Mujumdar & Debrosse – Trial Lawyers.

The Court grants Settlement Class counsel's request for an incentive award to the Class Representatives and awards $2,500.00 to each class representative, to include Robert K. Hill, Donald Byther, Sandy Byther, Keith Clark, Samuel Copeland, B.T. Erve, Percy Evans, George Flakes, Scott Goolsby, Sheila Kelly, Paul Leonard, Fred Smith, Dewayne Toliver, Ulysses Wiley, and Warlfoyd Winters. The Court finds that this payment is justified by the Class Representatives'

service to the Settlement Class.  This payment shall be made from the Settlement Amount within thirty-five (35) days of final judgment. The Defendants are ordered to deduct this award of incentives to the Class Representatives from the Settlement Amount and pay said sum to the law firm of Zarzaur Mujumdar & Debrosse – Trial Lawyers.

       SO ORDERED this the 3rd day of January, 2018.

                                     /s/ Sharion Aycock  
                                     UNITED STATES DISTRICT JUDGE