IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT K. HILL, et al.                                        PLAINTIFFS

V.                                CIVIL ACTION NO.: 3:14-CV-213-SA-RP

HILL BROTHERS CONSTRUCTION
COMPANY, INC., et al.                                       DEFENDANTS

ORDER

The Court convened a status conference on July 31, 2018 to address concerns raised by the Plaintiffs in this case relative to the expenses paid from the Plan to date, the pending expenses, and the anticipated future expenses to accomplish distribution.

Under the Court's continuing jurisdiction and enforcement of the settlement terms, and as outlined by the Court during the status conference, the Court orders the following:

1. The stay on expenditures previously instituted by the Court is lifted and expenditures may commence consistent with the following, as agreed to by the Parties:
    a. Paul Benefits Corporation is approved for expenses up to $28,000.00 for future expenses and $8,000.00 in expenses currently owed.
    b. The Third-Party Administrator, Executive Equity, is approved for expenses up to $50,000.00.
    c. The Accounting Firm, Lindsey & Davis, is approved for expenses up to $10,000.00.
    d. No other expenditures shall be made from the Plan without explicit prior approval from the Court.

It is SO ORDERED, on this the 14th day of August, 2018

                                                                     /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE